PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

FILED

2006 DEC 15 P 6: 24

U.S.A. vs. Cintron, Carlos         Docket No.    0205 3:06CR00272-018

## Petition for Action on Conditions of Pretrial Release

COMES NOW Nicole A. Owens, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Carlos Cintron who was placed under pretrial release supervision by the Honorable Holly Fitzsimmons U.S. Magistrate Judge sitting in the court at Bridgeport, Connecticut, on the 12 th day of December, 2006 under the following conditions:
$75,000 Non-surety bond co-signed by Mr. Ernesto Santana. In addition to the standard conditions the Court also ordered the following special conditions: 1. The defendant shall report to the Probation Office as directed; 2. The defendant shall be placed in the custody of Ernesto Santana: 3. The defendant shall participate in the home confinement program which will include electronic monitoring. The defendant shall cover all costs associated with the monitoring service; 4. The defendant's travel shall be restricted to the D/CT; 5. The defendant shall submit to drug testing/treatment; 6. The defendant shall sign all releases for PO; 7. The defendant shall not obtain a passport; 8. The defendant shall have no direct/indirect contact with witnesses or co-defendants.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)
On December 14, 2006, Mr. Cintron was released from the U.S. Marshal Service. It was discovered during his initial office visit that the Court ordered the defendant to pay all fees associated with the electronic monitoring service. However, Your Honor verbally ordered the Probation Office to assume these fees.

Mr. Cintron is currently unemployed and unable to contribute towards the cost of electronic monitoring service.

Based on the defendant's current financial situation the U.S. Probation Office respectfully recommends that the Court order the Probation Office to assume the cost of the electronic monitoring service.

PRAYING THAT THE COURT WILL ORDER the U.S. Probation Office to assume the costs of the electronic monitoring service.

ORDER OF COURT

Considered and ordered this  15th  day of  December , 2006  and ordered filed and made a part of the records in the above case.

_____
The Honorable Holly B. Fitzsimmons
United States Magistrate

Respectfully,

_Nicole Owens_
Nicole A. Owens
U.S. Pretrial Services Officer

Place   U.S. District Court, Bridgeport, CT

Date    December 14, 2006